IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br>THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintifffs,<br><br>v.<br><br>HOVENSA L.L.C,<br><br>Defendant. | CIV. NO. 1:11-cv-00006 (WAL-GWC) |

**NOTICE OF LODGING OF PROPROSED FIRST MODIFICATION OF THE CONSENT DECREE FOR PUBLIC COMMENT PERIOD**
(No Action Required)

Plaintiff, the United States, hereby lodges the accompanying proposed First Modification of the Consent Decree (First Modification) with the Court. The proposed First Modification modifies the Consent Decree approved by the Court on June 7, 2011 resolving claims by the United States and the United States Virgin Islands (Plaintiffs) against HOVENSA L.L.C. (Defendant) for alleged violations of Section 113(b) of the Clean Air Act, 42 U.S.C. § 7413(b) and territorial law.

Consistent with 28 C.F.R. § 50.7, the United States shall publish a Notice of Lodging of the First Modification of the Consent Decree in the Federal Register. The United States will then receive public comments on the proposed First Modification for a period of thirty (30) days. During the pendency of the public comment period, no action is required of this Court. After the close of the 30-day public comment period, the United States will inform the Court of any comments received and of the United States' position as to whether the proposed First Modification should be approved and entered by the Court.

The United States respectfully requests that the Court take no action with respect to the lodged First Modification of the Consent Decree until the United States moves for the entry of the settlement or otherwise advises the Court.

Respectfully Submitted,

JEFFREY BOSSERT CLARK
Assistant Attorney General

/s/ Myles E. Flint, II
MYLES E. FLINT, II
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Of counsel:
PROVIDENCE SPINA
United States Environmental Protection Agency
1200 Pennsylvania Avenue
Washington, D.C. 20460

FLAIRE MILLS
Associate Regional Counsel
U.S. Environmental Protection Agency
Region 2
New York, NY 10007-1866

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2020, he filed the *NOTICE OF LODGING OF THE FIRST MODIFICATION OF THE CONSENT DECREE* electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances, including the following representatives of the Parties:

John Fehrenbach
Federal Representations PLLC
2809 Valley Dr
Alexandria, VA 22302

For The United States Virgin Islands

Pamela R Tepper
Department of Justice
P.O. Box 305029
St Thomas, VI 00803

For The United States Virgin Islands

The undersigned further certifies that the foregoing *NOTICE OF LODGING OF THE FIRST MODIFICATION OF THE CONSENT DECREE* will be served on counsel for Limetree Bay Terminals, LLC, Limetree Bay Refining, LLC, the Environmental Response Trust, and HOVENSA, LLC by electronic mail:

LeAnn Johnson Koch
Perkins Coie
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960

For Limetree Bay Terminals, LLC and
For Limetree Bay Refining, LLC

Mary Koks
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street, Suite 2700
Houston, TX 77002-2806

For the Environmental Response Trust

Seth Kerschner
White & Case
1221 Avenue of the Americas
New York, NY 10020-1095

For HOVENSA L.L.C

/s/ Myles E. Flint, II
SIGNATURE