IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>   and ) <br>)<br>THE UNITED STATES VIRGIN )<br>ISLANDS, )<br>)<br>   Plaintiffs, )<br>   v. )<br>)<br>HOVENSA L.L.C., )<br>)<br>   Defendant. )<br>_____ ) | Civil Action No. 1-11-cv-06 (RAM/GWC) |

**UNITED STATES NOTICE OF MOTION TO ENTER
THE FIRST MODIFICTION OF THE CONSENT DECREE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), and with the concurrence of Co-plaintiff the United States Virgin Islands ("Virgin Islands"), on behalf of the Virgin Islands Department of Planning and Natural Resources ("DPNR"), respectfully moves this Court to enter the parties' proposed *First Modification of the Consent Decree* (First Modification) that was lodged with the Court on August 25, 2020. (ECF Doc. 12-1). The proposed First Modification modifies the Consent Decree previously approved by this Court on June 7, 2011. (ECF Doc. 6). This Motion is based on the attached Memorandum.

Respectfully Submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General

1

/s/ Myles E. Flint, II
MYLES E. FLINT, II
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611


GRETCHEN C.F. SHAPPERT
United States Attorney
United States Virgin Islands
Federal Building and U.S. Courthouse
5500 Veterans Drive, Room 260
St. Thomas, USVI 00802

OF COUNSEL:

FLAIRE MILLS
Assistant Regional Counsel
United States Environmental Protection Agency
Region 2
290 Broadway
New York, New York 10007-1866

## CERTIFICATE OF SERVICE

 The undersigned certifies that on April 8, 2021, he filed the *UNITED STATES NOTICE OF MOTION TO ENTER THE FIRST MODIFICATION OF THE CONSENT DECREE and MEMORANDUM IN SUPPORT OF THE UNITED STATES MOTION TO ENTER THE FIRST MODIFICATION OF THE CONSENT DECREE* electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances, including the following representatives of the Parties:

| | |
|---|---|
| John Fehrenbach<br>Federal Representations PLLC<br>2001 L Street, NW - Suite 500 PMB#50061<br>Washington DC 20036 | For The United States Virgin Islands |
| Pamela R Tepper<br>/s/ Pamela R. Tepper<br>PAMELA R. TEPPER<br>Solicitor General<br>U.S. Virgin Islands Department of Justice<br>34-38 Kronprindsens Gade<br>GERS Complex, 2nd Floor<br>St. Thomas, VI 00802 | For The United States Virgin Islands |
| LeAnn Johnson Koch<br>Perkins Coie<br>700 13th Street, NW, Suite 800<br>Washington, D.C. 20005-3960 | For Limetree Bay Terminals, LLC and<br>For Limetree Bay Refining, LLC |
| Douglas L. Capdeville<br>Law Offices of Douglas L. Capdeville, P.C.<br>2107 Company Street<br>Lot Four<br>Christiansted, St. Croix, U.S. Virgin Islands 00822 | For Limetree Bay Terminals, LLC and<br>For Limetree Bay Refining, LLC |

The undersigned further certifies that the foregoing *NOTICE OF MOTION TO ENTER THE FIRST MODIFICATION OF THE CONSENT DECREE and MEMORANDUM IN SUPPORT OF THE UNITED STATES MOTION TO ENTER THE FIRST MODIFICATION OF THE CONSENT DECREE* will be served on counsel for the Environmental Response Trust, and HOVENSA, LLC by electronic mail:

| | |
|---|---|
| Mary Koks<br>Munsch Hardt Kopf & Harr, P.C.<br>700 Milam Street, Suite 2700<br>Houston, TX 77002-2806 | For the Environmental Response Trust |

| | |
|---|---|
| Seth Kerschner<br>White & Case<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | For HOVENSA L.L.C<br><br><br>/s/ Myles E. Flint, II<br>MYLES E. FLINT, II |