# ATTACHMENT C
# TO MEMORANDUM IN SUPPORT OF MOTION TO ENTER

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br> UNITED STATES VIRGIN ISLANDS <br><br> Plaintiffs, <br> v. <br><br> HOVENSA L.L.C. <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civ. No. 1:11-cv-00006 (RAM/GWC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SECOND MODIFICATION OF THE CONSENT DECREE

WHEREAS, on June 7, 2011, the Court entered a Consent Decree in the above-captioned matter (ECF Doc. 6).

WHEREAS, on August 25, 2020, the First Modification of the Consent Decree ("First Modification") was lodged with the Court. (ECF Doc. 12-1).

WHEREAS, upon entry of the First Modification, Limetree Bay will be substituted for HOVENSA as provided therein.

WHEREAS, Paragraph 228 (Modification) of the Consent Decree identifies "non-material modifications to include . . . schedules that do not extend the date for compliance with emissions limitations following the installation of control equipment, provided such changes are agreed upon in writing between the United States and HOVENSA [Limetree Bay]." Paragraph 228 further provides that non-material modifications will be effective when signed by the United States and HOVENSA [Limetree Bay]. (ECF Doc. 6, page 144).

WHEREAS, Paragraph 79.a of the First Modification requires Limetree Bay to "complete a review and verification of the Refinery TAB [total annual benzene] and its compliance with the Benzene Waste NESHAP" by March 30, 2021. (ECF Doc. 12-1, page 27).

1

WHEREAS, the March 30, 2021 date was set in the belief that the Refinery would restart during the fourth quarter of 2020 and because a Refinery restart in that time frame would have provided sufficient operational data to ensure for a complete review and verification of the Refinery's TAB.

WHEREAS, due to the delay in the Refinery restart, the United States and Limetree Bay agree that there will be insufficient data for a March 30, 2021 review and verification of the Refinery TAB.

WHEREAS, the United States and Limetree Bay have agreed to a second modification that modifies the compliance date set in Paragraph 79.a of the Consent Decree.

WHEREAS, because the compliance date for the review and verification of the Refinery's TAB does not involve the installation of control equipment or emissions limitations following the installation of control equipment, the United States and Limetree Bay agree that this Second Modification of the Consent Decree is a non-material modification, that pursuant to Paragraph 228, does not require written approval by the Court.

NOW THEREFORE, the United States and Limetree Bay hereby modify the Consent Decree, as amended by the First Modification, as follows:

I. Replace Paragraph 79.a with the following:

79. <u>One-Time Review and Verification of the Refinery's TAB and Compliance with the Benzene Waste NESHAP</u>.

    a. <u>Phase One of the Review and Verification Process</u>. By ~~March 30, 2021~~ November 22, 2021, Limetree Bay shall complete a review and verification of the Refinery TAB and its compliance with Benzene Waste NESHAP (Phase One Review and Verification). Limetree Bay's review and verification process shall include, but not be limited to:

2

3

All other terms and conditions of the Consent Decree remain unchanged and in full effect.

THE UNDERSIGNED PARTY agrees to this non-material modification of the Consent Decree in the matter of United States, et al. v. HOVENSA L.L.C.

FOR THE UNITED STATES:

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Date: 4/6/2021

_____
MYLES E. FLINT, II
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 307-1859

GRETCHEN C.F. SHAPPERT
United States Attorney
District of the Virgin Islands
Federal Building and U.S. Courthouse
5500 Veterans Drive, Room 260
St. Thomas, USVI 00802

4

THE UNDERSIGNED PARTY agrees to this non-material modification of the Consent Decree in the matter of United States, et al. v. HOVENSA L.L.C.

FOR PLAINTIFF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY:

Date: _____

**LOREN DENTON**
Digitally signed by LOREN DENTON
Date: 2021.04.01 12:47:46 -04'00'

ROSEMARIE A. KELLEY
Director
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency

Date: _____

**Carroll, Thomas**
Digitally signed by Carroll, Thomas
Date: 2021.04.01 11:55:51 -04'00'

THOMAS P. CARROLL
Acting Director
Air Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency

OF COUNSEL

PROVIDENCE SPINA
United States Environmental Protection Agency
1200 Pennsylvania Avenue
Washington, D.C. 20460

THE UNDERSIGNED PARTY agrees to this non-material modification of the Consent Decree in the matter of United States, et al. v. HOVENSA L.L.C.

FOR PLAINTIFF THE UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY
REGION 2:

Date: _____

Schaaf, Eric
Digitally signed by Schaaf, Eric
Date: 2021.04.05 16:52:45 -04'00'

ERIC SCHAAF
Regional Counsel
United States Environmental Protection Agency
Region 2
290 Broadway
New York, NY 10007-1866

OF COUNSEL:

FLAIRE MILLS
Associate Regional Counsel
United States Environmental Protection Agency
Region 2
290 Broadway
New York, NY 10007-1866

6

THE UNDERSIGNED PARTY agrees to this non-material modification of the Consent Decree in the matter of United States, et al v. HOVENSA L.L.C.

Date: March 31, 2021

FOR LIMETREE BAY TERMINALS, LLC:

JEFFREY RINKER
President and Chief Executive Officer
Limetree Bay Terminals, LLC
One Estate Hope
Christiansted, USVI 00820

THE UNDERSIGNED PARTY agrees to this non-material modification in the matter of United States, et al v. HOVENSA L.L.C.

FOR LIMETREE BAY REFINING, LLC:

Date: March 31, 2021

*[signature]*

JEFFREY RINKER
President and Chief Executive Officer
Limetree Bay Refining, LLC
One Estate Hope
Christiansted, USVI 00820