**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ET AL.** **PLAINTIFFS,** vs. **HOVENSA L.L.C.** **DEFENDANT.** | **CASE NO. 1:11-CV-00006** |

**NOTICE OF APPEARANCE**

Now comes Port Hamilton Refining and Transportation, LLLP and appears in this action as a Nominal Party through undersigned counsel.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: June 5, 2023

_____
By: Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

1