IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>HOVENSA L.L.C.<br><br>DEFENDANT. | CASE NO. 1:11-CV-00006 |

MOTION FOR INFORMAL STATUS CONFERENCE

Port Hamilton Refining and Transportation, LLLP moves for an informal status conference with the Magistrate Judge for purposes of discussing a dispute regarding Port Hamilton's joinder to the Consent Decree in this matter and for the reasons more fully set forth in the accompanying memorandum in support of the motion. Pursuant to LRCi 7.1(f), Port Hamilton sought concurrence in the relief requested in this motion from counsel for the United States of America who indicated that the USA opposes the motion.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: June 5, 2023

_____
By: Andrew C. Simpson, Esq.
VI Bar No. 451

1

ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com