IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>HOVENSA L.L.C.<br><br>DEFENDANT. | CASE NO. 1:11-CV-00006 |

**[PROPOSED] ORDER ON MOTION FOR INFORMAL STATUS CONFERENCE**

This matter is before the Court on the Motion of Port Hamilton Refining and Transportation, LLLP ("Port Hamilton") for an informal status conference with the Magistrate Judge. The premises considered, the motion is granted and an informal conference is scheduled for June ___, 2023 at ____. The parties should be prepared to discuss their respective positions regarding Port Hamilton's obligations with respect to the Consent Decree and the process by which the issues should be presented, if necessary, to the Court. Off-island counsel may appear via remote means and should contact the Clerk of Court to obtain instructions for remote access. Counsel for HOVENSA, L.L.C., Limetree Bay Refining and Limetree Bay Terminals, LLC are permitted, but not required, to participate.

SO ORDERED

                                                                                                                                                                              _____
                                                                                                                                                                              Emile A. Henderson, III
                                                                                                                                                                              U.S. Magistrate Judge