IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>HOVENSA L.L.C.<br><br>DEFENDANT. | CASE NO. 1:11-CV-00006 |

**CORPORATE DISCLOSURE STATEMENT OF
PORT HAMILTON REFINING AND TRANSPORTATION, LLLP**

Port Hamilton Refining and Transportation, LLLP makes the following corporate disclosure pursuant to Fed. R. Civ. P. 7.1.

7.1(a)(1)(B): Port Hamilton Refining and Transportation, LLLP has no parent corporation and no publicly held corporation owns 10% or more of its membership interests.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: June 5, 2023

_____
By: Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com