IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>HOVENSA L.L.C.<br><br>DEFENDANT. | CASE NO. 1:11-CV-00006 |

NOTICE OF FILING EXHIBITS TO PORT HAMILTON'S
MEMORANDUM IN SUPPORT OF MOTION FOR INFORMAL STATUS CONFERENCE

Port Hamilton Refining and Transportation, LLLP gives notice that it has filed with this notice Exhibits A–D in support of its memorandum in support of its motion for an informal status conference.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: June 5, 2023

_____
By: Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com