## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br>THE UNITED STATES VIRGIN ISLANDS,<br><br>       Plaintiffs,<br><br>       v.<br><br>HOVENSA L.L.C.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 1:11-cv-00006 (RAM/EAH)<br>)<br>)<br>)<br>)<br>)<br>) |

### INFORMATIONAL NOTICE BY UNITED STATES OF AMERICA OF INTENT TO FILE A RESPONSE TO NON-PARTY'S RECENT MOTION

Plaintiff, the United States of America, acting on behalf of the United States Environmental Protection Agency, hereby gives notice to the Court that it will file a response to the recent motion (ECF Doc. 54, 55, and 57) by non-party Port Hamilton Refining and Transportation, LLLC.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*s/ Myles E. Flint, II*
Myles E. Flint, II
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice - P.O. Box 7611
Washington, DC  20044-7611
Tel: 202-307-1859
myles.flint@usdoj.gov

1

**CERTIFICATION OF SERVICE**

The undersigned certifies to the following:

*1.* **Filing using the CM/ECF System:**

That on June 6, 2023, he filed the *Informal Notice by the United States of America of Intent to File a Response to Non-Party's Recent Motion* electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances.

*2.* ***Service on Port Hamilton Refining and Transportation, LLLP:***

That on June 6, 2023, the foregoing *Informal Notice by the United States of America of Intent to File a Response to Non-Party's Recent Motion* was served on counsel for Port Hamilton Refining and Transportation, LLLP by electronic mail at the following address:

asimpson@coralbrief.com

*/s/ Myles E. Flint, II*

2