IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>HOVENSA LLC, LIMETREE BAY REFINING, LLC AND LIMETREE BAY TERMINALS, LLC<br><br>　　　　　　　　　　Defendants. | CIVIL NO. 1:11-CV-00006 |

## MOTION TO WITHDRAW AS
## COUNSEL FOR LIMETREE BAY REFINING, LLC.

Undersigned counsel, Law Offices of Douglas L. Capdeville, P.C., hereby moves to withdraw as counsel for Defendant, LIMETREE BAY REFINING, LLC. (hereinafter "LBR") on the grounds that said Defendant's assets were sold in the bankruptcy proceedings below to owners that are unaffiliated with Limetree Bay Terminals, Inc. and LBR was reorganized as an entity owned by these new owners.[1]  In further support of this motion, counsel submits the following:

1. Counsel filed his Notice of Appearance on August 26, 2020, on behalf of Limetree Bay Refining, LLC and Limetree Bay Terminals, LLC.

2. On July 12, 2021, Limetree Bay Refining (LBR) and its debtor affiliates filed for bankruptcy in the United States bankruptcy Court for the Southern District of Texas in jointly administered cases captioned *In Re Limetree Bay Services et al.*, 21-32351 (Bankr. S.D.T.X). On January 21, 2022, substantially all of LBR's assets were sold at bankruptcy

---

[1] Undersigned counsel continues to serve as counsel for Limetree Bay Terminals, Inc. d/b/a Ocean Point Terminals, LLC in this litigation.

*Motion to Withdraw as Counsel for Limetree Bay Refining, LLC.*
*Page 2*

auction with approval from the Bankruptcy Court to West Indies Petroleum Limited and Port Hamilton Refining and Transportation, LLLP. The Bankruptcy Court subsequently approved the Chapter 11 Plan of Liquidation of LBR and its debtor affiliates. *In Re Limetree Bay Services LLC et al.*, 21-32351, Dkt. 1454 (May 20, 2022 Bankr. S.D.T.X). Among other things, the Chapter 11 Plan reorganized LBR as the Transition Refinery Entity and transferred 100% of the equity ownership in Transition Refinery Entity to West Indies Petroleum Limited and Port Hamilton Refining and Transportation, LLLP.

3. Undersigned Counsel does not represent either West Indies Petroleum Limited nor Port Hamilton Refining and Transportation, LLLP and has not been retained by either party to represent the Transition Refinery Entity.

4. On November 15, 2022, the United States of America filed a motion to substitute West Indies Petroleum Limited, Port Hamilton Refining and Transportation, LLLP, and Transportation Refinery Entity, LLC for Limetree Bay Refining, LLC in *USA v. Limetree Bay Refining, et al.*, 1:21-cv-00264-WAL-EAH, Docket 23-1.

WHEREFORE, based on the foregoing, undersigned counsel respectfully requests that he be permitted to withdraw as counsel for Limetree Bay Refining, LLC.

Respectfully submitted,
**Law Offices of Douglas L. Capdeville, P.C.**

**DATED:** June 22, 2023

      /s/ Douglas L. Capdeville
**BY: DOUGLAS L. CAPDEVILLE, ESQ.**
Attorney for LIMETREE BAY REFINING, LLC
and LIMETREE BAY TERMINALS, LLC
*V.I. BAR #284*
2107 Company St. - Lot #4
P.O. Box 224191
St. Croix, USVI  00822
Tel: (340) 773-7275
videfense@capdevillelaw.com

*Motion to Withdraw as Counsel for Limetree Bay Refining, LLC.*
*Page 3*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2023, the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR LIMETREE BAY REFINING, LLC.** was filed with the Clerk of the Court via the Court's ECF/CMF system that will send electronic notice to:

Myles E. Flint, Esq.
U.S. Department of Justice
Environmental Enforcement Section
601 D Street, N.W.
Washington, DC  20044
myles.flint@usdoj.gov

John Fehrenbach, Esq.
Federal Representations PLLC
2809 Valley Drive
Alexandra, VA  22302
jfehrenbach@winston.com

Pamela R. Tepper, Esq.
Solicitor General
Virgin Islands Department of Justice
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI  08002
pamela.tepper@doj.vi.gov

/s/ Douglas L. Capdeville