THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>HOVENSA LLC, LIMETREE BAY REFINING, LLC AND LIMETREE BAY TERMINALS, LLC<br><br>　　　　　　　　　　　　Defendants. | **CIVIL NO. 1:11-CV-00006** |

## O R D E R

UPON CONSIDERATION of the Motion to Withdraw as Counsel for Defendant, Limetree Bay Refining, LLC, and the Court otherwise being duly satisfied in its premises, it is hereby;

**ORDERED** that the Motion to Withdraw as Counsel for Limetree Bay Refining, LLC be and the same is hereby **GRANTED**;

DONE AND SO ORDERED THIS _____ day of June, 2023.

_____
HONORABLE EMILE A. HENDERSON, III
U.S. MAGISTRATE JUDGE

Distribution List:

Myles E. Flint, Esq.
Pamela R. Tepper, Esq.
Seth Kerschner, Esq.
Douglas L. Capdeville