THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>HOVENSA LLC, LIMETREE BAY REFINING, LLC AND LIMETREE BAY TERMINALS, LLC<br><br>Defendants. | CIVIL NO. 1:11-CV-00006 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY CORINNE V. SNOW

Defendant Limetree Bay Terminals, LLC ("Limetree"), by and through its counsel, Douglas L. Capdeville, Esq., respectfully moves this Court, pursuant to LRCi 83.1(b)(2), for an Order admitting Corinne V. Snow *pro hac vice* in the above-captioned proceeding.

In support of this motion, the following is respectfully represented:

1. Attorney Corinne V. Snow is an attorney in good standing, admitted in the States of Texas, New York as well as in the District of Columbia. See Certificates of Good Standing attached hereto as **Exhibit A** and Pro Hac Vice Application attached hereto as **Exhibit B**.

2. Attorney Corinne V. Snow is known to be a person of good moral character and high professional standing and possesses all of the qualifications required to practice law in the U.S. Virgin Islands in accordance with LRCi 83.1(c). See Declaration of Corinne V. Snow, Esq., attached hereto as **Exhibit C**.

3. On information and belief, which the undersigned asserts is true, Attorney Corinne V. Snow is fully capable of practicing law before this Court.

4. The $250.00 fee for Attorney Corinne V. Snow's *pro hac vice* admission will be paid to the Clerk of this Court contemporaneously with the filing of this motion.

5. Movant, Douglas L. Capdeville, Esq. of the Law Offices of Douglas L. Capdeville, P.C., 2107 Company Street, Suite 2, P.O. Box 224191, Christiansted, St. Croix, U.S. Virgin Islands 00822, telephone number: (340) 773-7275, facsimile number: (340) 773-7996, is a member in good standing of the Virgin Islands Bar, and the United States District Court for the District of the Virgin Islands and is authorized to file through the Court's electronic filing system. See Affidavit of Douglas L. Capdeville, attached hereto as **Exhibit D**.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion for admission *pro hac vice* of Corinne V. Snow, Esq.

Respectfully submitted,
**Law Offices of Douglas L. Capdeville, P.C.**

**DATED:**  June 22, 2023             /s/ Douglas L. Capdeville
**BY: DOUGLAS L. CAPDEVILLE, ESQ.**
Attorney for LIMETREE BAY REFINING, LLC
and LIMETREE BAY TERMINALS, LLC
*V.I. BAR #284*
2107 Company St. - Lot #4
P.O. Box 224191
St. Croix, USVI  00822
Tel: (340) 773-7275
videfense@capdevillelaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of June, 2023, the foregoing **MOTION FOR PRO HAC VICE ADMISSION OF CORINNE V. SNOW** was filed with the Clerk of the Court via the Court's ECF/CMF system that will send electronic notice to:

Myles E. Flint, Esq.
U.S. Department of Justice
Environmental Enforcement Section
601 D Street, N.W.
Washington, DC  20044
myles.flint@usdoj.gov

Pamela R. Tepper, Esq.
Solicitor General
Virgin Islands Department of Justice
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI  08002
pamela.tepper@doj.vi.gov

John Fehrenbach, Esq.
Federal Representations PLLC
2809 Valley Drive
Alexandra, VA  22302
jfehrenbach@winston.com

                                              /s/   Douglas L. Capdeville