IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

IN RE: APPLICATION FOR ADMISSION TO PRACTICE LAW BEFORE THE DISTRICT COURT OF THE VIRGIN ISLANDS

MISC. NO. _____

## ORDER OF ADMISSION

THIS MATTER is before the Court pursuant to motion for admission of Corinne V. Snow. It is hereby

**ORDERED** that said motion is GRANTED and Corinne V. Snow is hereby ADMITTED to practice law before the District Court of the Virgin Islands of the United States.

**ENTERED** this _____ day of _____, 2023.

_____
**JUDGE OF THE DISTRICT COURT**

**A T T E S T:**

GLENDA LAKE
Clerk of the Court

By:_____
    Deputy Clerk

**DISTRIBUTION LIST**
Douglas L. Capdeville, Esq.
Myles E. Flint, Esq.
John Fehrenbach, Esq.
Pamela R. Tepper, Esq