# DISTRICT COURT OF THE VIRGIN ISLANDS

## PRO HAC VICE APPLICATION

*You must fill in all blanks and answer all questions. If a particular question does not apply to you, write "none" or "N/A".* **Applications which are not properly completed will be returned.**

| | |
|---|---|
| **NAME** | Corinne V. Snow |
| **FIRM** | Vinson & Elkins LLP |
| **ADDRESS** | 1114 Avenue of the Americas, 32nd Floor, New York, NY 10036 |
| **MAIN FIRM PHONE NO.** | 1.212.237.0000 |
| **FAX NO.** | 1.212.237.0100 |
| **E-MAIL ADDRESS** | csnow@velaw.com |

Case caption for which admission is sought: United States v. Hovensa LLC et al., Civ. No.1:11cv6
Motion made by: Corinne V. Snow
Party applicant represents: Limetree Bay Terminals, LLC

## A. BACKGROUND QUESTIONNAIRE

*Please answer these questions yes or no. If you answer yes to any of these questions you must submit a statement under the penalties of perjury which includes the relevant facts, court, charge, date, whether the occurrence was disclosed to the highest court of the state(s) in which you are admitted, disposition, whether the occurrence was an isolated incident, and any other facts you deem relevant.*

1. Are there any disciplinary proceedings pending against you?

    ☐ YES  ☑ NO

2. Have you ever been denied admission to practice, disbarred, suspended from practice, or disciplined by any court or bar authority?

    ☐ YES  ☑ NO

3. If you have been suspended or disbarred from the practice of law by any court or bar authority, have you been reinstated?

    ☐ YES  ☐ NO  ☑ N/A

4. Have you ever resigned from the practice of law in any court?

    ☐ YES  ☑ NO

5. Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime or are any criminal charges pending against you?

☐ YES ☑ NO

6. Have you ever been held in contempt of court?

☐ YES ☑ NO

7. Have you ever been denied *pro hac vice* admission in a jurisdiction?

☐ YES ☑ NO

**B. APPLICANT'S CERTIFICATION**

1. I have been admitted to practice law in the following jurisdictions (states, territories, or the District of Columbia):

| COURT | DATE OF ADMISSION/BAR NO. |
|---|---|
| Texas | 11/2/2012/Bar No. 24083883 |
| New York | 11/4/2015/Bar No. 5364633 |
| District of Columbia | 9/9/2016/Bar No. 1033960 |

2. Unless otherwise indicated in Section A, I am a member in good standing of the bars of each of the jurisdictions listed above.

3. I am familiar with the Rules of Professional Conduct, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, and the Local Rules of the District Court of the Virgin Islands.

4. My principal law office is located in New York, New York, U.S.A.

5. I am a member of the bar of the following United States Courts:

| U.S. COURT | DATE OF ADMISSION/BAR NO. |
|---|---|
| U.S. Court of Appeals for the District of Columbia | 11/16/2020/Bar No. 62763 |
| U.S. District Court for the Southern District of New York | 6/1/2016/Bar. No. CS5614 |
| U.S. Court of Appeals for the 10th Circuit | 3/28/2019/Bar No. NY-5364633 |

| | |
|---|---|
| U.S. Court of Appeals for the 3rd Circuit | 2/8/23 No. NY-5364633 |
| U.S. District Court for the Eastern District of New York | 5/11/16 No. NY-5364633 |
| U.S. Court of Appeals for the 9th Circuit | No. NY-5364633 |

6. Have you ever been admitted *pro hac vice* in any previous matters in the District Court of the Virgin Islands?   ☑ YES   ☐ NO

*If yes, please indicate the case name, case number, date of previous pro hac vice admission to this Court.*

| CASE NAME / NUMBER | DATE OF PRO HAC VICE ADMISSION | CASE STATUS |
|---|---|---|
| United States of America v. Limetree Bay Terminals, LLC et al. / 1:21cv264 | December 22, 2022 | Active |
| | | |
| | | |

7. I understand that it is my responsibility to notify the Attorney Admission Coordinator of any change in my address.

8. I understand that I submit myself to the jurisdiction of this Court for any disciplinary action to which I may be subject.

**I hereby certify under the penalties of perjury that the foregoing statements and answers are true and correct.**

_Corinne V Mow_      _6/14/23_
Signature

---

For Court Use Only

Fee:
☐ Check   ☐ Cash   Amount: _____

Staff Notes

_____

_____

(THIS APPLICATION SHOULD ACCOMPANY THE MOTION FOR ADMISSION AND BE ATTACHED TO ALL COPIES FORWARDED TO THE COUNSEL OF RECORD.)