### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

UNITED STATES OF AMERICA and THE )
UNITED STATES VIRGIN ISLANDS, )
)
      Plaintiffs, )
)
v. )   Civ. No. 1:11-cv-00006
)
HOVENSA LLC, LIMETREE BAY )
REFINING, LLC and LIMETREE BAY )
TERMINALS, LLC, )
)
      Defendants. )

### DECLARATION OF CORINNE V. SNOW, ESQ.
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Corinne V. Snow Esq., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney with the law firm of Vinson & Elkins LLP.

2. I am a member in good standing and admitted to the practice of law in the States of New York and Texas and in the District of Columbia.

3. I am not, nor have I been, the subject of any disciplinary proceedings brought by any court or other judicial or administrative body.

4. I will be working directly with Douglas L. Capdeville, Esq., a member of the Bar of this Court, to act as counsel for the Defendant Limetree Bay Terminals, LLC, in the above-captioned matter.

5. I currently am admitted *pro hac vice* in this Court in the case *United States of America v. Limetree Bay Terminals, LLC et al.*, Case No. 1:21cv00264.

1

6.     I agree to abide by all rules including the Local Civil Rule of the United States District Court for the District of the Virgin Islands and any Orders that may be issued by the Court concerning this instant litigation.

Dated: 6/14/23                                *Corinne V. Snow*

                                                             Corinne V. Snow, Esq.