IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and THE UNITED STATES VIRGIN ISLANDS,<br><br>    Plaintiffs,<br><br>v.<br><br>HOVENSA LLC, LIMETREE BAY REFINING, LLC and LIMETREE BAY TERMINALS, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 1:11-cv-00006<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF DOUGLAS L. CAPDEVILLE, ESQ. IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE* OF CORINNE V. SNOW, ESQ.**

I, Douglas L. Capdeville, Esq., pursuant to 28 U.S. C. § 1746, hereby declare under penalty of perjury under the law of the United States of America that the following is true and correct:

1. I am an attorney currently in good standing and an active member of the Virgin Islands Bar Association. I am admitted to practice before the District Court of the Virgin Islands.

2. I am counsel for the Defendant Limetree Bay Terminals, LLC, who has requested that Corinne V. Snow, Esq. participate fully in the preparation and trial of this case.

3. Corinne V. Snow, Esq. is an attorney with the law firm of Vinson & Elkins LLP located in New York, New York.

4. In her capacity as an attorney, Ms. Snow practices in the area of environmental law and handles civil litigation, regulatory compliance, internal investigations, and defense against government investigations and enforcement actions.

5. I recommend the admission *Pro Hac Vice* of Corinne V. Snow, Esq. subject to compliance with the Court Rules.

6. For the forgoing reasons and for reasons set forth in Corinne V. Snow, Esq.'s Declaration and Application, I respectfully request her admission be permitted.

1

7. This affidavit is submitted pursuant to 5 V.I.C.{ 699, subscribed and affirmed by the undersigned to be true under the penalties of perjury.

**FURTHER AFFIANT SAYETH NAUGHT.**

Dated: June 22, 2023

Douglas L. Capdeville, Esq.