**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA, THE UNITED STATES VIRGIN ISLANDS,** | |
| Plaintiffs, | 1:11-cv-00006-RAM-EAH |
| v. | |
| **HOVENSA LLC, LIMETREE BAY REFINING LLC & LIMETREE BAY TERMINALS, LLC,** | |
| Defendants. | |

**TO:** Myles E. Flint, Esq.
 *For the United States*
 **Ian S.A. Clement, Esq.**
 **Pamela R. Tepper, Esq.**
 **Stephanie Sebor, Esq.**
 *For the Virgin Islands*
 **Richard H. Dollison, Esq.**
 **Lorenzo Marinuzzi, Esq.**
 *For HOVENSA*
 **Douglas L. Capdeville, Esq.**
 **Mark Delaquil, Esq.**
 *For the Limetree Bay Defendants*

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

**THIS MATTER** comes before the Court upon the Motion for Admission Pro Hac Vice of Attorney Corinne V. Snow. Dkt. No. 61. Defendant Limetree Bay Terminals, LLC seeks the admission of Corinne V. Snow, Esq. to appear and participate as co-counsel for said Defendant in the above-captioned matter. Defendant and Attorney Snow have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:
 Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court,

The record shows that Corinne V. Snow, Esq. currently is an attorney in good standing in the States of Texas and New York and the District of Columbia. Attorney Snow's Texas bar number is 24083883, her New York bar number is 5364633, and her D.C. bar number is 1033960.

Attorney Snow is bound by the grievance procedures established for the Virgin Islands Bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application, the Declaration of Douglas L. Capdeville, Esq., and the record herein, it is now hereby **ORDERED**:

1. The Motion for Admission *Pro Hac Vice* of Attorney Corinne V. Snow, Dkt. No. 61, is **GRANTED**;

2. Corinne V. Snow, Esq. is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Corinne V. Snow, Esq. shall appear before the Court to take the oath of admission via videoconference; and

4. Corinne V. Snow, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter.

ENTER:

Dated: June 23, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE

---

may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.
LRCi 83.1(b)(2).