# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA, THE UNITED STATES VIRGIN ISLANDS,**<br><br>           **Plaintiffs,**<br><br>    v.<br><br>**HOVENSA LLC, LIMETREE BAY REFINING LLC & LIMETREE BAY TERMINALS, LLC,**<br><br>           **Defendants.**<br>_____ | 1:11-cv-00006-RAM-EAH |

**TO:**    **Myles E. Flint, Esq.**
            *For the United States*
       **Ian S.A. Clement, Esq.**
       **Pamela R. Tepper, Esq.**
       **Stephanie Sebor, Esq.**
            *For the Virgin Islands*
       **Richard H. Dollison, Esq.**
       **Lorenzo Marinuzzi, Esq.**
            *For HOVENSA*
       **Douglas L. Capdeville, Esq.**
       **Mark Delaquil, Esq.**
            *For the Limetree Bay Defendants*

## ORDER

THIS MATTER comes before the Court on the Motion to Withdraw as Counsel for Limetree Bay Refining, LLC ("LBR"), filed by the Law Offices of Douglas L. Capdeville, P.C. Dkt. No. 60. In the motion, Attorney Capdeville explains that LBR's assets were sold in bankruptcy proceedings to two owners[1] that are not affiliated with Limetree Bay Terminals, and LBR

---

[1] On January 21, 2022, substantially all of LBR's assets were sold at a bankruptcy auction to West Indies Petroleum Limited and Port Hamilton Refining & Transportation, LLLP. The Chapter 11 Bankruptcy Plan reorganized LBR as the Transition Refinery Entity and

*United States v. HOVENSA*
1:11-cv-00006-RAM-EAH
Order
Page 2

was reorganized as an entity owned by those new owners. *Id*. at 1. While Attorney Capdeville will continue to represent Limetree Bay Terminals in this litigation, he does not represent either of the new owners (West Indies Petroleum Ltd. and Port Hamilton Refining & Transportation LLLP), and has not been retained by either of them to represent the reorganized entity. *Id*. at 2. Accordingly, he requests to withdraw as counsel for Limetree Bay Refining, LLC.

Having reviewed the motion and upon due consideration thereof, it is now hereby **ORDERED**:

1. The Motion to Withdraw as Counsel for Limetree Bay Refining, LLC, filed by Law Offices of Douglas L. Capdeville, P.C., Dkt. No. 60, is **GRANTED**.

2. Douglas L. Capdeville P.C. is **RELIEVED AND TERMINATED** as counsel for Limetree Bay Refining, LLC.

ENTER:

Dated: June 26, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE

---

transferred 100% of the equity ownership in the Transition Refinery Entity to West Indies Petroleum and Port Hamilton. Dkt. No. 60 at 1-2.