IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br> THE UNITED STATES VIRGIN ISLANDS, <br> <br> Plaintiffs, <br> <br> v. <br> <br> HOVENSA L.L.C. <br> <br> Defendants. | Civ. No. 1:11-cv-00006 (RAM/EAH) |

**ORDER GRANTING THE UNITED STATES' MOTION, PURSUANT TO FED. R. CIV. P. 25(c), TO SUBSTITUTE WEST INDIES PETROLEUM LIMITED, PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, AND THE TRANSITION REFINERY ENTITY, LLC FOR DEFENDANT LIMETREE BAY REFINING, LLC**

**THIS MATTER** comes before the Court on the United States' Motion, Pursuant to Fed. R. Civ. P. 25(c), for an Order Substituting West Indies Petroleum Limited, Port Hamilton Refining and Transportation, LLLP, and the Transition Refinery Entity LLC for Defendant Limetree Bay Refining, LLC. Dkt. No. __.

WHEREFORE, it is hereby **ORDERED**:

1. The United States' motion, Pursuant to Fed. R. Civ. P. 25(c), for an Order Substituting West Indies Petroleum Limited, Port Hamilton Refining and Transportation, LLLP, and the Transition Refinery Entity LLC for Defendant Limetree Bay Refining, LLC. Dkt. No. __, is **GRANTED**.

2. West Indies Petroleum Limited, Port Hamilton Refining and Transportation, LLLP, and the Transition Refinery Entity LLC, are substituted as Defendants in the place of Defendant Limetree Bay Refining, LLC in the above-captioned matter.

3. Limetree Bay Refining, LLC is **TERMINATED** as a party in this matter.

4.     The caption shall be revised to reflect West Indies Petroleum Limited, Port Hamilton Refining and Transportation, LLLP and the Transition Refinery Entity LLC, along with Limetree Bay Terminals, LLC, as Defendants.

 

                                                  _____
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE