IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>HOVENSA L.L.C.<br><br>DEFENDANT. | CASE NO. 1:11-CV-00006 |

**INFORMATIONAL NOTICE BY PORT HAMILTON REFINING AND TRANSPORTATION, LLLP OF INTENT TO FILE A RESPONSE TO THE UNITED STATES' MOTION TO SUBSTITUTE PARTIES**

Port Hamilton Refining and Transportation, LLLP's ("Port Hamilton") gives notice that it will file a response to the recent motion of the United States (Doc. Nos. 67 and 68). Port Hamilton further gives notice that because the relief the United States seeks would modify the parties to the First Modification to the Consent Decree entered by Chief Judge Molloy (Doc. No. 42), it believes that only Chief Judge Molloy should rule upon the United States' motion.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Port Hamilton Refining and Transportation, LLLP

Dated: August 1, 2023

   /s/ Andrew C. Simpson
By:  Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com