**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA, THE UNITED STATES VIRGIN ISLANDS**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**HOVENSA LLC, LIMETREE BAY REFINING LLC, & LIMETREE BAY TERMINALS, LLC,**<br><br>      **Defendants.** | **CASE NO. 1:11-cv-00006 (EAH)** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Corinne V. Snow, Esq. of the law firm of Vinson & Elkins LLP hereby enters her appearance as counsel for the Defendant Limetree Bay Terminals, LLC in this action and requests that copies of all pleadings, motions, notices and other documents filed in this action be served on the undersigned.

Dated:  August 3, 2023      Respectfully submitted,

                /s/ Corinne V. Snow

                Corinne V. Snow
                **VINSON & ELKINS LLP**
                The Grace Building
                1114 Avenue of the Americas
                32nd Floor
                New York, NY  10036
                Tel.:   (212) 237-0157
                Fax:   (212) 237-0100
                Email: csnow@velaw.com