IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>HOVENSA L.L.C.<br><br>DEFENDANT. | CASE NO. 1:11-CV-00006 |

TRANSITION REFINING ENTITY'S RESPONSE TO
UNITED STATES' MOTION TO SUBSTITUTE

Transition Refining Entity, LLC ("TRE") appears in this action and agrees that it should be added as a party defendant to the consent decree as modified by the First Modification. TRE does not agree to any other modification to the consent decree.

Respectfully submitted,

ANDREW C. SIMPSON, P.C.,
Counsel for Transition Refining Entity, LLC

Dated: August 11, 2023

   /s/ Andrew C. Simpson
By: Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com