IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:11-cv-00006 (EAH) |
| | ) |
| HOVENSA, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SPECIAL AND LIMITED APPEARANCE**

**NOW COMES,** Ryan C. Stutzman of CSA Associates, P.C., as counsel for West Indies Petroleum Limited, and appears for the special and limited purpose of responding in opposition to the United States' Motion to Substitute (Doc. 67).  This appearance is made without waiver of any defense, including, but not limited to, service and jurisdiction defenses.  The undersigned respectfully requests that all documents related to this action be forwarded to the attention of Attorney Stutzman at CSA Associates, P.C., 1138 King Street, Suite 100, Christiansted, VI 00820, or via email at rstutzman@saastx.vi.

                                                                  Respectfully Submitted,

Dated: August 16, 2023         By:    */s/ Ryan C. Stutzman*
                                                                Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                                                **CSA ASSOCIATES, P.C.**
                                                                1138 King Street, Suite 100
                                                                Christiansted, VI  00820
                                                                Tel: 773-3681
                                                                Attorney for West Indies Petroleum Limited