## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:11-cv-00006 (EAH) |
| | ) |
| HOVENSA, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is **ORDERED** that West Indies Petroleum Limited may file a response to Plaintiff United States of America's motion to substitute (Doc. 67) on or before August 25, 2023.

. **SO ORDERED** this _____ day of _____, 2023.

_____
District Court Judge/Magistrate

ATTEST:

Glenda L. Lake, Esq., Clerk of Court

By:_____
    Deputy Clerk
Dated:_____