# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**UNITED STATES OF AMERICA, THE UNITED STATES VIRGIN ISLANDS,**

      **Plaintiffs,**

      v.

**HOVENSA LLC, LIMETREE BAY REFINING LLC & LIMETREE BAY TERMINALS, LLC,**

      **Defendants.**

_____

1:11-cv-00006-RAM-EAH

**TO:**    **Myles E. Flint, Esq.**
          *For the United States*
       **Ian S.A. Clement, Esq.**
       **Pamela R. Tepper, Esq.**
       **Stephanie Sebor, Esq.**
          *For the Virgin Islands*
       **Richard H. Dollison, Esq.**
       **Lorenzo Marinuzzi, Esq.**
          *For HOVENSA*
       **Douglas L. Capdeville, Esq.**
       **Mark Delaquil, Esq.**
          *For the Limetree Bay Defendants*
       **Andrew C. Simpson, Esq.**
          *For Non-Party Port Hamilton Refining*
          *& Transportation*
       **Ryan C. Stutzman, Esq.**
          *For Non-Party West Indies Petroleum Ltd.*

## **ORDER**

THIS MATTER comes before the Court on the Unopposed Motion for Time to Respond, filed by Ryan C. Stutzman, Esq., counsel for non-party West Indies Petroleum, Ltd. on August 16, 2023. Dkt. No. 74. In the motion, Attorney Stutzman seeks leave to file an untimely response to the Motion for Substitution filed by the United States on July 28, 2023. *Id.* He

*United States v. HOVENSA*
1:11-cv-00006-RAM-EAH
Order
Page 2

contends that good cause supports his request for relief, *id*. at n.1, and represents that the United States does not oppose the motion. *Id.*

Having reviewed the motion and upon due consideration thereof, it is now hereby

**ORDERED**:

1. The Unopposed Motion for Time to Respond, Dkt. No. 74, is **GRANTED**.

2. West Indies Petroleum Ltd. shall have up to and including **August 25, 2023** to respond to the United States' Motion for Substitution of Parties.

ENTER:

Dated: August 16, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE