IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| United States of America, | Case No. 1:11-CV-00006 |
| Plaintiffs, | |
| v. | |
| Hovensa, LLC, | |
| Defendant. | |
| And | |
| United States of America, | Case No. 1:21-CV-00264 |
| Plaintiff, | |
| v. | |
| Limetree Bay Terminals, LLC, West Indies Petroleum limited, Port Hamilton Refining and Transportation, LLLP and the Transition Refinery Entity, Inc., | |
| Defendants. | |

## AFFIDAVIT OF DANVILLE WALKER

Danville Walker, declares under penalty of perjury that everything I have stated in this document is true and correct and states and alleges as follow:

1. I make this Affidavit based on my personal knowledge and review of company records concerning the facts and transactions in Case No. 1:11-CV-00006 and Case No. 1:21-CV-00264.

EX. B

2. That all of my statements are about Case No. 1:11-CV-00006 and Case No. 1:21-CV-00264.

3. I am a Senior Vice President for West Indies Petroleum Limited (WIPL), a Jamaican entity, with its place of business in Jamaica.

4. I make this Affidavit in support of WIPL's opposition to the United States' Motion for Substitution of Non-Party WIPL in 1:11-CV-00006 and the United States' Motion to Direct Defendants to Abide by the Joint Stipulation in 1:21-CV-00264.

5. WIPL is not a successor-in-interest to Hovensa LLC.

6. WIPL is not a successor-in-interest to Limetree Bay Refining.

7. Port Hamilton Refining and Transportation, LLLP (PHRT) took title to the refinery property in 2021.

8. WIPL did not take title to the refinery property.

9. PHRT is the sole entity in possession of the refinery property.

10. WIPL does not have possession of the refinery.

11. PHRT is the sole entity in control of the refinery.

12. WIPL is not in control of the refinery and does not control PHRT.

13. WIPL did not acquire the refinery property, units or other assets.

14. Members of WIPL were early investors in efforts to acquire assets of Limetree Bay Refining, LLC in bankruptcy. Notwithstanding, WIPL never acquired any refinery assets and has never owned, operated, or otherwise controlled the refinery.

15. There was no transfer of an interest to WIPL.

16. The transfer of interest was to PHRT.

17. WIPL is not a successor to the interest of any parties in the lawsuits.

FURTHER YOUR AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 8/24/2023.

Danville Walker

Subscribed and sworn to before me this 24 day of August, 2023.

Notary Public