IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE UNITED STATES VIRGIN ISLANDS, <br><br> Plaintiffs, <br> v. <br><br> HOVENSA L.L.C., LIMETREE BAY REFINING, LLC, and LIMETREE BAY TERMINALS, LLC, <br><br> Defendants. | Civil Action No. 1-11-CV-0006 |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that the U.S. VIRGIN ISLANDS DEPARTMENT OF JUSTICE hereby withdraws the Pro Hac Vice Admission for Stephanie B. Sebor, Esq. on behalf of Plaintiff **THE UNITED STATES VIRGIN ISLANDS**. Attorney Pamela R. Tepper, Solicitor General of the U.S. Virgin Islands, will continue to act as the attorney of record for said Plaintiff.

Dated:  September 21, 2023

Respectfully Submitted,

Government of the Virgin Islands
Ariel M. Smith, Esq.
Attorney General

/s/ Pamela R. Tepper
Pamela R. Tepper, Esq., Solicitor General
Virgin Islands Department of Justice
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 08002
340-774-5666
340-774-0710 (fax)

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 21, 2023, the NOTICE OF WITHDRAWAL OF COUNSEL was electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances.

                                              /s/ Pamela R. Tepper
                                              Pamela R. Tepper