## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and THE UNITED STATES VIRGIN ISLANDS, <br><br> Plaintiffs, <br><br> v. <br><br> HOVENSA LLC; LIMETREE BAY REFINING, LLC; AND LIMETREE BAY TERMINALS, LLC, <br><br> Defendants. | Case No. 1:11-cv-00006-RAM/EAH |

### MOTION FOR *PRO HAC VICE* ADMISSION OF JONATHAN D. BRIGHTBILL PURSUANT TO LOCAL RULES 83.1(B)(2) AND 83.1(C)(1)

Pursuant to Rules 83.1(b)(2) and 83.1(c)(1) of the Rules of this Court, Plaintiff United States Virgin Islands, through its undersigned attorney ("Sponsor"), who is a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jonathan D. Brightbill (the "Applicant") |
| Firm Name: | Winston & Strawn LLP |
| Address: | 1901 L Street NW |
| City/State/Zip: | Washington, DC 20036 |
| Phone Number: | 202-282-5000 |
| Fax Number: | 202-282-5100 |
| Email: | JBrightbill@winston.com |

In his Declaration (appended hereto), Applicant certifies that:

1. He is a member in good standing of the bar of the District of Columbia; attached hereto is a copy of a certificate of good standing from the respective jurisdiction. A hard copy of the certificate will be delivered to the clerk's office of the District Court;

2. He has not suffered any disbarment or suspension of his license to practice before any jurisdiction,

3.  He has not been admitted to this Court *pro hac vice* in the past twelve (12) months,

4.  He has not been admitted to this Court *pro hac vice* in more than three (3) cases in any calendar year, and

5.  He is not presently admitted to this Court *pro hac vice* in three (3) active cases.

Further, the undersigned Sponsor is familiar with the Applicant's experience and qualifications, and otherwise has reason to know the Applicant is qualified for admission.

The undersigned Sponsor further represents that the United States Virgin Islands has requested and authorized the Applicant to represent the United States Virgin Islands in this proceeding.

The Applicant's Declaration and Application for *Pro Hac Vice* Admission are appended hereto. The Applicant has represented to the Sponsor that he has submitted to the Clerk's Office a check in payment of the admission fee in accordance with the current admission fee schedule approved by the Court.

Dated: September 21, 2023                    Respectfully Submitted,

Government of the Virgin Islands
Ariel M. Smith, Esq.
Attorney General

/s/ *Pamela R. Tepper, Esq.*
Pamela R. Tepper, Esq.
Solicitor General
Virgin Islands Department of Justice
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 08002
340.774-5666
340.774-0710 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 21st day of September, 2023, the preceding document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances.

                                        /s/ Pamela R. Tepper
                                        Pamela R. Tepper, Esq.
                                        Solicitor General