# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and THE UNITED STATES VIRGIN ISLANDS,<br><br>          Plaintiffs,<br><br>    v.<br><br>HOVENSA LLC; LIMETREE BAY REFINING, LLC; and LIMETREE BAY TERMINALS, LLC,<br><br>          Defendants. | )<br>)<br>)<br>)  Civil No. 1:11-cv-00006-RAM/EAH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF JONATHAN D. BRIGHTBILL**

I, Jonathan D. Brightbill, declare and state as follows:

1. I am an attorney admitted to the practice of law in the District of Columbia in good standing.

2. I graduated and received my Juris Doctor degree from Georgetown University in 2002.

3. I have not suffered any disbarment or suspension of my license to practice before any jurisdiction.

4. I make this declaration in support of the motion for my admission *pro hac vice* as co-counsel for Plaintiff United States Virgin Islands

5. I have not been admitted to this Court *pro hac vice* in the past twelve (12) months.

6. I have not been admitted to this Court *pro hac vice* in more than three (3) cases in any calendar year, nor am I presently admitted to this Court *pro hac vice* in three (3) active cases.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7 day of September, 2023.

                                                  *Jonathan D. Brightbill*

                                                Jonathan D. Brightbill