DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> THE UNITED STATES VIRGIN ISLANDS, <br><br> Plaintiffs, <br><br> v. <br><br> HOVENSA, LLC, LIMETREE BAY REFINING, LLC and LIMETREE BAY TERMINALS, LLC, <br><br> Defendants. | 1:11-cv-00006-RAM-EAH |

## NOTICE OF APPEARANCE

David A. Bornn, Esq., enters his appearance as co-counsel for Plaintiff United States Virgin Islands in the above-captioned matter.

Respectfully submitted,

September 26, 2023

/s/ David A. Bornn
**David A. Bornn**
Winston & Strawn LLP
1901 L St NW
Washington, DC 20036
Telephone: +1 202-282-5058
Email: Dbornn@Winston.com
VI Bar Assn. No.: 164

## CERTIFICATE OF SERVICE

**I CERTIFY** that I filed this document using the Court's CM/ECF System, which will send notice of the filing to all counsel of record.

September 26, 2023                    <u>/s/ David A. Bornn</u>
                                      **David A. Bornn, Esq.**