IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE UNITED STATES VIRGIN ISLANDS,<br><br>   Plaintiffs,<br>v.<br><br>HOVENSA L.L.C., LIMETREE BAY REFINING, LLC, and LIMETREE BAY TERMINALS, LLC,<br><br>   Defendants. | Civil Action No. 1-11-CV-0006 |

## NOTICE OF FILING OF CERTIFICATE OF GOOD STANDING FOR JONATHAN D. BRIGHTBILL'S MOTION FOR PRO HAC VICE ADMISSION

PLEASE TAKE NOTICE that the U.S. VIRGIN ISLANDS DEPARTMENT OF JUSTICE hereby files the Certificate of Good Standing in support of the Pro Hac Vice Admission for Jonathan D. Brightbill, Esq. on behalf of Plaintiff **THE UNITED STATES VIRGIN ISLANDS**.

Dated: September 27, 2023   Respectfully Submitted,

             Government of the Virgin Islands
             Ariel M. Smith, Esq.
             Attorney General

             /s/ Pamela R. Tepper
             Pamela R. Tepper, Esq., Solicitor General
             Virgin Islands Department of Justice
             3438 Kronprindsens Gade
             GERS Building, 2nd Floor
             St. Thomas, VI 08002
             340-774-5666
             340-774-0710 (fax)

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 27, 2023, the NOTICE OF FILING OF CERTIFICATE OF GOOD STANDING OF JONATHAN D. BRIGHTBILL IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION was electronically with the Clerk of Court using the CM/ECF system, which will send notifications of this filing to all who have made appearances.

                                           /s/ Pamela R. Tepper
                                           Pamela R. Tepper