| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS**<br><br>**DIVISION OF ST. CROIX** | |

| | |
|---|---|
| UNITED STATES OF AMERICA, THE UNITED STATES VIRGIN ISLANDS,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOVENSA LLC, LIMETREE BAY REFINING LLC & LIMETREE BAY TERMINALS, LLC,<br><br>    Defendants.<br>_____ | 1:11-cv-00006-RAM-EAH |

**TO:**   Myles E. Flint, Esq.
   *For the United States*
   David Bornn, Esq.
   Ian S.A. Clement, Esq.
   John Fehrenbach, Esq.
   Pamela R. Tepper, Esq.
   Stephanie Sebor, Esq.
     *For the Virgin Islands*
   Richard H. Dollison, Esq.
     *For HOVENSA*
   Douglas L. Capdeville, Esq.
   Corinne Snow, Esq.
     *For the Limetree Bay Terminals*
   Ryan C. Stutzman, Esq.
     *For West Indies Petroleum Limited*

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

**THIS MATTER** comes before the Court upon the Motion for Admission Pro Hac Vice of Attorney Jonathan D. Brightbill. Dkt. No. 80. Plaintiff United States Virgin Islands seeks the admission of Jonathan D. Brightbill Esq., to appear and participate as co-counsel for said Plaintiff in the above-captioned matter. Plaintiff and Attorney Brightbill have

*United States v. Hovensa, LLC.*
1:11-cv-00006-WAL-EAH
Order Granting Motion for Admission Pro Hac Vice
Page 2

satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

The record shows that Jonathan D. Brightbill currently is an attorney in good standing in the District of Columbia. Attorney Brightbill's District of Columbia bar number is 483956.

Attorney Brightbill is bound by the grievance procedures established for the Virgin Islands Bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application, and the record herein, it is now hereby **ORDERED**:

1. The Motion for Admission *Pro Hac Vice* of Attorney Jonathan D. Brightbill Dkt. No. 80., is **GRANTED**;

2. Jonathan D. Brightbill, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Jonathan D. Brightbill, Esq., shall appear before the Court to take the oath of admission via videoconference; and

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*United States v. Hovensa, LLC.*
1:11-cv-00006-WAL-EAH
Order Granting Motion for Admission Pro Hac Vice
Page 3

4. Jonathan D. Brightbill, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter prior to filing any documents in this case.

ENTER:

Dated: October 3, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE