## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> THE UNITED STATES VIRGIN ISLANDS, <br><br> Plaintiffs, <br><br> v. <br><br> HOVENSA, LLC, LIMETREE BAY REFINING, LLC <br> & LIMETREE BAY TERMINALS, LLC, <br><br> Defendant. | 1:11-cv-00006-RAM-EAH |

# NOTICE OF APPEARANCE

Jonathan D. Brightbill, Esq., enters his appearance as co-counsel for Plaintiff United States Virgin Islands in the above-captioned matter.

Respectfully submitted,

April 22, 2024

/s/ Jonathan D. Brightbill
**Jonathan D. Brightbill, Esq.**
Winston & Strawn LLP
1901 L Street NW
Washington, DC  20006
Telephone: (202) 282-5855
jbrightbill@winston.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that I filed this document using the Court's CM/ECF System, which will send notice of the filing to all counsel of record.

| | |
|---|---|
| April 22, 2024 | /s/ Jonathan D. Brightbill |
| | **Jonathan D. Brightbill, Esq.** |