IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> THE UNITED STATES VIRGIN ISLANDS, <br> <br> Plaintiffs, <br> <br> v. <br> <br> HOVENSA, LLC; WEST INDIES PETROLEUM LIMITED; PORT HAMILTON REFINING AND TRANSPORTATION, LLLP; TRANSITION REFINERY ENTITY LLC; and LIMETREE BAY TERMINALS, LLC, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:11-cv-00006 (EAH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant West Indies Petroleum Limited (Jamaica), states the following:

West Indies Petroleum Limited, a St. Lucia International Business Company ("IBC"), owns 10 percent or more of the shares of West Indies Petroleum Limited (Jamaica).

                                                      Respectfully Submitted,

Dated: May 10, 2024              By:    */s/ Ryan C. Stutzman*
                                                      Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                                      **CSA ASSOCIATES, P.C.**
                                                      1138 King Street, Suite 100
                                                      Christiansted, VI  00820
                                                      Tel: 773-3681
                                                      Attorney for West Indies Petroleum Limited