**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

**UNITED STATES OF AMERICA, and**
**THE UNITED STATES VIRGIN ISLANDS**

Plaintiffs,

v.

**HOVENSA LLC; WEST INDIES PETROLEUM LIMITED; PORT HAMILTON REFINING AND TRANSPORTATION, LLLP; TRANSITION REFINERY ENTITY LLC; and LIMETREE BAY TERMINALS, LLC**

Defendants.

CIVIL NO. **1:11-CV-00006**

## NOTICE OF APPEARANCE

**COMES NOW**, Plaintiff the United States of America, by and through its counsel, Adam F. Sleeper, United States Attorney for the District of the Virgin Islands and hereby advises the Court that Assistant United States. Attorney Robin P. Seila will be representing the United States of America in the above-captioned civil case as local co-counsel. Henceforth, please also direct all pleadings, motions, and correspondence to Assistant United States Attorney Robin P. Seila's attention at her address in the signature below.

**ADAM F. SLEEPER**
UNITED STATES ATTORNEY

September 21, 2026

By: */s/ Robin P. Seila*

Robin P. Seila
Assistant United States Attorney
Office of the U.S. Attorney
1108 King Street, Suite 201
Christiansted, V.I. 00820-5080
Telephone: 340-773-3920
Robin.Seila@usdoj.gov