**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>HOVENSA, LLC, LIMETREE BAY REFINING LLC<br>& LIMETREE BAY TERMINALS, LLC,<br><br>Defendant. | ) | 1:11-cv-00006-RAM-EAH |

## NOTICE OF APPEARANCE

Bryant Gardner, Esq. enters his appearance as co-counsel for Plaintiff United States Virgin Islands in the above-captioned matter.

Respectfully submitted,

November 19, 2026

/s/ Bryant Gardner

**Bryant Gardner, Esq.**
USVI Bar No. R2263
Winston Taylor LLP
1901 L Street NW
Washington, DC 20006
Telephone: (202) 282-5855
bgardner@winston.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that I have filed this document using the Court's CM/ECF System, which will send notice of the filing to all counsel of record.

November 19, 2026

/s/ Bryant Gardner
**Bryant Gardner, Esq.**