**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>HOVENSA, LLC, LIMETREE BAY REFINING LLC & LIMETREE BAY TERMINALS, LLC,<br><br>Defendant. | ) | 1:11-cv-00006-RAM-EAH |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that the U.S. Virgin Islands hereby withdraws the Pro Hac Vice Admission for Jonathan Brightbill, Esq. on behalf of Plaintiff **THE UNITED STATES VIRGIN ISLANDS**. Attorney Pamela A. Tepper, Solicitor General of the U.S. Virgin Islands, will continue to act as the attorney of record for said Plaintiff, and Attorney Bryant Gardner (V.I. Bar # R2263) will continue to act as attorney for said Plaintiff.

Respectfully submitted,

November 19, 2026

/s/ Bryant Gardner
**Bryant Gardner, Esq.**
USVI Bar No. R2263
Winston Taylor LLP
1901 L Street NW
Washington, DC 20006
Telephone: (202) 282-5855
bgardner@winston.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that I filed this document using the Court's CM/ECF System, which will send notice of the filing to all counsel of record.

November 19, 2026

/s/ Bryant Gardner
**Bryant Gardner, Esq.**